UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 16844
   CHERYL J TECHEN
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-5857
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/19/06 and confirmed on 03/16/07.

2. The case was dismissed after confirmation, 10/05/2007.

3. The Debtor paid a total of $  2150.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 3339.67 | .00 | .00 |
| A L FINANCIAL CORP | SECURED VEHIC | 2932.07 | 58.03 | 527.67 |
| AMERICAN HONDA FINANCE C | SECURED | .00 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 634.71 | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 556.96 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 830.18 | .00 | .00 |
| CUB FOODS | UNSECURED | 87.27 | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6271.74 | .00 | 2109.12 | .00 | 8380.86 |
| PRINCIPAL PAID | 527.67 | .00 | .00 | .00 | 527.67 |
| INTEREST PAID | 58.03 | .00 | .00 | .00 | 58.03 |
| TOTAL PAID | 585.70 | .00 | .00 | .00 | 585.70 |

The Debtor's attorney, KONSTATINE T SPARAGIS       , was allowed $  3000.00 and was paid $   500.00  direct and $   1500.08  through the plan.

The Trustee received $    64.22 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 06 B 16844 CHERYL J TECHEN