```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 16844
   CHERYL J TECHEN
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-5857


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/19/06 and confirmed on 03/16/07.

   2.  The case was dismissed after confirmation, 10/05/2007.

   3.  The Debtor paid a total of $   2150.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG            .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE            .00            .00            .00
LITTON LOAN SERVICING IN SECURED                  .00            .00            .00
LITTON LOAN SERVICING IN MORTGAGE ARRE       3339.67            .00            .00
A L FINANCIAL CORP       SECURED VEHIC       2932.07          58.03         527.67
AMERICAN HONDA FINANCE C SECURED                  .00            .00            .00
ADVANCE AMERICA          UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED           634.71            .00            .00
CAVALRY INVESTMENTS LLC  UNSECURED        NOT FILED            .00            .00
CHECK N GO OF ILLINOIS   UNSECURED        NOT FILED            .00            .00
COMCAST                  UNSECURED        NOT FILED            .00            .00
COMED                    UNSECURED           556.96            .00            .00
FIA CARD SERVICES        UNSECURED           830.18            .00            .00
CUB FOODS                UNSECURED            87.27            .00            .00
TRS RECOVERY SERVICES    UNSECURED        NOT FILED            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6271.74          .00      2109.12          .00      8380.86
PRINCIPAL PAID       527.67          .00          .00          .00       527.67
INTEREST PAID         58.03          .00          .00          .00        58.03
TOTAL PAID           585.70          .00          .00          .00       585.70
The Debtor's attorney, KONSTANTINE T SPARAGIS          , was allowed $   3000.00
and was paid $    500.00   direct and $   1500.08   through the plan.

The Trustee received $     64.22 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 06 B 16844 CHERYL J TECHEN